Circuit Court for Frederick County
Case No. C-10-CV-26-000309
Case No. C-10-CV-26-000321
Case No. C-10-CV-26-000325
Case No. C-10-CV-26-000326
Case No. C-10-CV-26-000327
Argued:  June 30, 2026

IN THE SUPREME COURT

OF MARYLAND

No. 67

September Term, 2025

---

IN THE MATTER OF FREDERICK COUNTY
DATA CENTER REFERENDUM
COMMITTEE

---

Fader, C.J.,
Booth,
Eaves,
Killough,
Harrell, Glenn T.
   (Senior Justice, Specially Assigned),
Raker, Irma S.
   (Senior Justice, Specially Assigned),
Getty, Joseph M.,
   (Senior Justice, Specially Assigned),

JJ.

---

PER CURIAM ORDER

---

Filed: June 30, 2026

*Watts, Biran, and Gould, JJ., did not participate
in this matter

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
| IN THE MATTER OF FREDERICK COUNTY DATA CENTER REDERENDUM COMMITTEE | * | SUPREME COURT |
| | * | OF MARYLAND |
| | * | No. 67 |
| | * | September Term, 2025 |
| | * | |

PER CURIAM ORDER

Appellant, the Frederick County Data Center Referendum Committee, challenges the judgment of the Circuit Court for Frederick County entered on June 21, 2026, which granted the petitions filed in these consolidated cases by Appellees, Quantum Maryland, LLC, Joan Aquilino, Theodore H. Butz, Justin Cassity, Frederick Data Owner, LLC, NDR Properties, LLC, David S. Pleasants, Rowan Frederick LLC, Rowan Frederick II LLC, Rowan Frederick III LLC, and Windridge Properties L.C. The circuit court's order (1) reversed "the decision of the Election Director of the Frederick County Board of Elections to certify for referendum Frederick County Council Ordinance 26-01-001;" (2) declared that, "pursuant to the Charter of Frederick County, Ordinance 26-01-001 passed by the County Council of Frederick County is not a subject matter about which a referendum may be pursued;" and (3) declared "that the Frederick County Data Center Referendum Committee's referendum petition is deficient pursuant to MD Code, Election Law § 6-206(c)(6) because it fails to provide a 'full and accurate text of the law' as required by Frederick County Charter, Article 3, § 308(b)[.]" For reasons to be set forth in an opinion to be filed later, it is this 30th day of June 2026, by the Supreme Court of Maryland,

ORDERED that the judgment of the Circuit Court for Frederick County is affirmed; and it is further

ORDERED that costs are to be paid by the appellant. The mandate shall issue forthwith.

    /s/ Matthew J. Fader

Chief Justice